AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| VOIT TECHNOLOGIES, LLC | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.   9:17-cv-80038-DMM |
| BOCA OFFICE FURNITURE LLC. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BOCA OFFICE FURNITURE LLC
c/o Haas, John D
1200 Clint Moore Rd. # 5
Boca Raton, FL 33487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Angela M. Lipscomb, Esq.,
Alberto Interian III, Esq
Lipscomb & Partners, PL
25 SE 2nd Avenue 8th Floor
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____01/12/2017_____



**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court